In the Matter of the Marriage of
COPENHAVER,
*Appellant - Cross-Respondent,*
*and*
COPENHAVER,
*Respondent - Cross-Appellant.*
(81 608; CA A29466)
687 P2d 1086

James K. Belknap, Portland, argued the cause and filed the briefs for appellant - cross-respondent.

Jack L. Kennedy, Portland, argued the cause for respondent - cross-appellant. With him on the brief were Susan E. Watts and Kennedy, King, Zimmer & O'Malley, Portland.

Before Gillette, Presiding Judge, Joseph, Chief Judge, and Buttler, Judge.

PER CURIAM

## PER CURIAM

This is a dissolution of marriage case. Husband is a circuit court judge. His financial circumstances—and, thus, the merits of this case—may have been significantly altered by an enactment of Or Laws 1983, ch 770, but it is not possible on this record to determine just what the effect of that measure is. This is, therefore, the rare case in which, in order to do justice between the parties, remand is necessary. *See Sands and Sands,* 64 Or App 570, 669 P2d 358 (1983).

Remanded for further proceedings. Costs to neither party.